# IN THE UNITED STATES DISRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| Demetrius Whitney, individually and for a class, | ) ) ) | |
| *Plaintiff,* | ) ) | No. 18-cv-4475 |
| -vs- | ) ) ) | Honorable Matthew F. Kennelly |
| Fauzia Khan, Thomas Dart, Sheriff of Cook County, and Cook County, Illinois, | ) ) ) ) | |
| *Defendants.* | ) | |

## ORDER REGARDING CLASS MEMBERSHIP

Class membership is satisfied by the following conditions:

1. For the period of March 2018 to the present, Cerner indicates that a pilot program HSRF was flagged by a nurse as "urgent," and the person waits at least 14 days for an evaluation by the RTU dentist;[1]

2. For the period of July 2017 to the present, the person waits at least 14 days after submitting a HSRF and Cook County schedules the person for a dental appointment using the "CHS DENTAL HSRF-URGENT" appointment type;

3. For the period of July 2017 to the present, the person waits at least 14 days after submitting a HSRF and Cook County schedules the person for a dental appointment using the "CHS Dental Urgent" appointment type; or

---

[1] In a status report filed on July 2, 2020, the parties left open the possibility that a review of pilot HSRFs may be necessary to identity class members in the event Cook County is unable to generate an accurate computer report using Cerner. Dkt. no. 227 at 1.

    4. From January 2017 to approximately July 2017, Cook County did not use codes "CHS Dental Urgent" or "CHS DENTAL HSRF-Urgent" to electronically identify "urgent" appointments. *See* Dkt. no. 213-1 at 3. To send out the original notice in June 2019 Cook County produced an over inclusive list of 896 individuals who were scheduled for appointments in the RTU that includes "urgent" patients. Dkt. no. 87 at 2. The parties will use this list along with the patient's HSRF to determine if the individual waited at least 14 days after submitting the HSRF that was processed as "urgent" by Cook County.

    The Court has been informed that defendant Cook County is in the process of generating a computer program to identify class members with a HSRF flagged by a nurse as "urgent" for the period of March 2018 to the present. This report is necessary for sending notice to class members. The parties are directed file a joint status report about progress generating this report by July 17, 2020 and a realistic deadline for sending notice. The parties must also provide the Court a draft notice on this date.

Dated: July 10, 2020

                                                Matthew F. Kennelly
                                                United States District Court Judge