IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Demetrius Whitney, | ) | |
|       *Plaintiff* | ) | 18-cv-4475 |
|       *-vs-* | ) | |
| Fauzia Khan, Sheriff of Cook County and Cook County, Illinois, | ) ) | Judge Kennelly |
|       *Defendants.* | ) | |

# OPT-OUT FORM

I have read the NOTICE OF HEARING ON SETTLEMENT OF CLASS ACTION in this case.

**I *do not* want to participate as a member of the class in this lawsuit.**

I understand that by signing this form, ***I will not*** be represented by class counsel, ***I will not*** share in the settlement in this case, but may proceed on my own.

## *DO NOT FILL OUT THIS FORM*
## *IF YOU WANT TO PARTICIPATE*
## *IN THE SETTLEMENT OF THIS LAWSUIT*

If you choose *not* to participate in this case, please date and sign your name below.

Date: _____

                                            _____
                                            *Signature*
                                            *[preprinted name and address]*

**If you do not wish to participate in this case, you must return this form to the law offices of Thomas G. Morrissey, 10150 S. Western Ave., Rear Suite, Chicago, Illinois 60643 by [insert date].** *This means that the form must be received at the office of class counsel by that date and not simply put in the mail by then.*